# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801



May 17, 2006



**VIA UPS DELIVERY**
Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

      Re:     <u>MDL-1596, In re Zyprexa Products Liability Litigation; Civ. Nos. 1:06-134-SLR and 1:06-135-SLR</u>

Dear Mr. Heinemann:

In accordance with the Transfer Order of the Judicial Panel on Multidistrict Litigation dated April 25, 2006 and filed in the above referenced cases on May 15, 2006, I am transferring Delaware Civil Case Nos. 1:06-134-SLR and 1:06-135-SLR to the Eastern District of New York. Please find enclosed certified copies of the docket sheets, copies of the complaint (D.I. 1), and the diskettes supplied to this court by the plaintiffs at case opening.

Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed in this case is available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the District Court of Delaware in the enclosed, self-addressed, envelope.

① Brown v. Eli Lilly
   Your # 06-135
   Our EDNY # 06-2597

② Peterkin v. Eli Lilly
   Your # 06-134
   Our EDNY # 06-2596

Sincerely,

Peter T. Dalleo, Clerk

By: _Rosanna L. Dirso_
Deputy Clerk

Enclosures

cc:    The Honorable Sue L. Robinson
        All counsel of record were noticed electronically